[No. 13030-1-II. Division Two. November 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BYRD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03451-8, Robert H. Peterson, J., entered June 22, 1989. *Affirmed* by unpublished opinion per Petrie,

J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.